AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

Received
U.S. Marshals Service
Southern District of Iowa
9:55 am, Jun 21 2021

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Chad Allen Williams | ) | Case No. 4-21-mj-389 |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Chad Allen Williams,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Title 26 USC Section 5861(d)   possession of an unregistered destructive device
Title 26 USC Section 5861(f)   manufacture of a destructive device

Date: June 18, 2021

*Issuing officer's signature:* Helen Adams

City and state: Des Moines, Iowa

U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/21/2021, and the person was arrested on *(date)* 6/18/21
at *(city and state)* Johnston, Iowa.

Date: 6/21/21

*Arresting officer's signature*

Robert P Carlson   Special Agent
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
9:29 am, Jun 21 2021