IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD ALLEN WILLIAMS,<br><br>    Defendant. | No. 4:21-MJ-389<br><br>**APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters his appearance as counsel in this case for the Defendant, Chad Allen Williams.

    /s/  *Joseph D. Herrold*
Joseph D. Herrold, Asst. Federal Defender
FEDERAL PUBLIC DEFENDER'S OFFICE
400 Locust Street, Suite 340
Des Moines, Iowa 50309-2353
PHONE: (515) 309-9610
FAX: (515) 309-9625
E-MAIL: joe_herrold@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on June 22, 2021, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
    /s/ V. Gall